THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATTERSON HEAVY HAUL, INC., <br><br> Defendant. | CASE NO. C17-1375-JCC <br><br> ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 11). The Court has considered the motion and the relevant record. Based upon the foregoing, the Court FINDS that:

(1) Defendant was properly served in this matter on or about November 7, 2017 (Dkt. Nos. 8 at 2, 8-1 at 2);

(2) The Clerk entered an order of default against Defendant on December 4, 2017 (Dkt. No. 9);

(3) Defendant has failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion (Dkt. No. 11) is GRANTED. Plaintiff is awarded

ORDER GRANTING MOTION FOR ENTRY OF
DEFAULT JUDGMENT
C17-1375-JCC
PAGE - 1

judgment against Defendant in the amounts hereinafter listed, which amounts are due to the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 315, with which Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the periods July 2017 and August 2017.

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Patterson Heavy Haul, Inc. |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

<u>Amounts Payable to Plaintiffs</u>

| | |
|---|---|
| Contributions | $6,070.50 |
| Liquidated Damages | $1,214.10 |
| Interest through December 8, 2017 | $68.38 |
| Interest thereafter (on unpaid contributions only) | 4% per annum |
| Attorney Fees: | $728.20 |
| Costs: | $495.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |

The Clerk is DIRECTED to close this case.

DATED this 27th day of December 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ENTRY OF
DEFAULT JUDGMENT
C17-1375-JCC
PAGE - 2